Allan D. NewDelman, Esq.(004066)
Roberta J. Sunkin, Esq. (011993)
ALLAN D. NEWDELMAN, P.C.
80 East Columbus Avenue
Phoenix, AZ 85012
(602) 264-4550
anewdelman@adnlaw.net
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>MICHAEL ANTHONY BUTLER,<br><br><br>Debtor. | In Proceedings Under<br>Chapter Thirteen<br><br>CASE NO. 2-25-bk-00258 MCW<br><br>SECOND<br>MOTION FOR EXTENSION OF<br>TIME TO FILE SCHEDULES<br>STATEMENT OF FINANCIAL<br>AFFAIRS, STATEMENT OF CURRENT<br>MONTHLY INCOME, PAYMENT<br>ADVICES AND CHAPTER 13 PLAN |

Debtor, MICHAEL ANTHONY BUTLER, by and through undersigned Counsel, hereby moves this Court for an Order extending the time within which to file the Schedules, Statement of Financial Affairs, Statement of Current Monthly Income, Payment Advices and Chapter Thirteen Plan. In support of this Motion, Debtor states as follows:

1. Debtor filed his Pro Se Petition under Chapter 13 of the Bankruptcy Code on January 13, 2025 and the Master Mailing List on January 21, 2025.

2. On or about January 24, 2025 the Debtor filed a Motion to extend the time in which to file all required statements, schedules and the Chapter 13 Plan. The Motion indicated that the Debtor was attempting to retain legal counsel.

3. On January 25, 2025 the Court entered an Order granting the Motion and giving the Debtor until February 10, 2025 to file all required statements, schedules and the Chapter 13 Plan.

4. On February 6, 2025 the Debtor fully retained the Firm of Allan D. NewDelman, P.C. to represent him in this proceeding.

5. Debtor was schedule to meet with undersigned today to go over all documentation necessary to prepare the statements, schedules and Chapter 13 Plan.

6. Unfortunately the Debtor contacted undersigned shortly before the scheduled meeting and advised undersigned that he was very ill. Undersigned can attest to this as Mr. Butler sounded horrible during our conversation. The appointment was rescheduled to February 11, 2025 hoping that such would be sufficient time for Mr. Butler to get back on his feet.

7. It is hoped that all Statements, Schedules and the Chapter 13 Plan can be filed on or before February 20, 2025.

WHEREFORE Debtors request that this Court grant an extension to February 20, 2025 to file the Statement of Current Monthly Income, Schedules, Statement of Financial Affairs, Payment Advices and the Chapter Thirteen Plan.

DATED this 7th day of February, 2025.

ALLAN D. NEWDELMAN, P.C.

/s/ RJS 011993
Roberta J. Sunkin, Esq.

Copy of the foregoing mailed this 7th day of February, 2025 to:

Russell Brown, Trustee
3838 North Central Avenue
Suite 800
Phoenix, AZ 85012

Michael Butler
4939 West Ray Road
Suite 4 Box 510
Chandler, AZ 85226

By /s/ RJ Sunkin