# Fill in this information to identify the case:

Debtor Name: MICHAEL ANTHONY BUTLER

United States Bankruptcy Court for the: District of Arizona

Case number: 2-25-bk-00258 MCW

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: December, 2025

Date report filed: 1/15/2026
MM / DD / YYYY

Line of business: _____

NAISC code: N/A

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Michael Anthony Butler

Original signature of responsible party: /s/ Michael Butler

Printed name of responsible party: Michael Anthony Butler

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

|  | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☑ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☑ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business [*of your personal income*] into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

|  | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☑ |

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** (Personal Accounts)

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.      $3,818.56

20. **Total cash receipts** (Personal Income)

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.      $ 28,098.39

21. **Total cash disbursements** (Personal Expenses)

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.      − $ __22,721.78__

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.      + $ _5,376.61_

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.      = $ _9195.17_

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**      $ _____0.00_____

    *(Exhibit E)*

Debtor Name MICHAEL ANTHONY BUTLER          Case number 2-25-bk-00258 MCW

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**        $ _____

    *(Exhibit F)*

N/A This is an individual case

## 5. Employees

26. What was the number of employees when the case was filed?         _____
27. What is the number of employees as of the date of this monthly report?    N/A This is an individual case.

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ _____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____
30. How much have you paid this month in other professional fees?        ___2,000.00___
31. How much have you paid in total other professional fees since filing the case?    $ _10,500.00___

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | — | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ ___14,000.00__ | — | $ __28,098.39__ | = | $ ___14,098.39__ |
| 33. **Cash disbursements** | $ ___8,500.00___ | — | $ __22,721.78__ | = | $ ___14,221.78__ |
| 34. **Net cash flow** | $ ___5,500.00___ | — | $ __5,376.61___ | = | $ ___123.39__ |

35. Total projected cash receipts for the next month:            $ __14,000.00_
36. Total projected cash disbursements for the next month:         $ ___8500.00__
37. Total projected net cash flow for the next month:            = $ __5,500.00___

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [x] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

# Profit and Loss

## MICHAEL BUTTLER
### December 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| **Income** | |
|   Personal Income | 28,098.39 |
| **Total for Income** | **$28,098.39** |
| **Gross Profit** | **$28,098.39** |
| **Expenses** | |
|   Accounting Services | 2,000.00 |
|   Clothing & Personal Care | 103.52 |
|   Family Support | 800.00 |
|   Health Care | 201.62 |
|   Insurance | 245.65 |
|   Meals | 782.26 |
|   Medical Services | |
|     Pharmaceutical Products | 384.66 |
|   **Total for Medical Services** | **$384.66** |
|   Need Information | 15,000.00 |
|   Office Supplies | 126.05 |
|   Personal Well-being | 492.36 |
|   Repairs & Maintenance | 19.95 |
|   Supplies | 8.71 |
|   TRAVEL | |
|     Airfare | 916.36 |
|     Hotel | 144.76 |
|   **Total for TRAVEL** | **$1,061.12** |
|   Utilities | $625.97 |
|     Telephone | 294.95 |
|   **Total for Utilities** | **$920.92** |
| **Total for Expenses** | **$22,146.82** |
| **Net Operating Income** | **$5,951.57** |
| **Other Expenses** | |
|   Gas & Fuel | 212.40 |
|   Vehicle Expenses | 362.56 |
| **Total for Other Expenses** | **$574.96** |
| **Net Other Income** | **-$574.96** |
| **Net Income** | **$5,376.61** |



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

7178    TRN         S      X    ST01

000638098531706 P    4

ESTATE OF MICHAEL A BUTLER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #2-25-BK-00258 MCW
4939 W RAY RD STE 4 PMB 510
CHANDLER AZ 85226-2099

**Uni-Statement**
Account Number:
▮▮▮▮0506
Statement Period:
Dec 1, 2025
through
Dec 31, 2025

Page 1 of 5

**To Contact U.S. Bank**
**By Phone:** 800-US BANKS
(800-872-2657)
*U.S. Bank accepts Relay Calls*
**Internet:** usbank.com

## NEWS FOR YOU

**Eligible cardmembers can check out online with Paze℠ today.**

The list of merchants offering Paze at online checkout keeps growing. See the full list of merchants offering Paze at paze.com/merchant-directory

*Paze and the Paze related marks are wholly owned by Early Warning Services, LLC and are used herein under license.*

## INFORMATION YOU SHOULD KNOW

Beginning December 2025, you can review the new U.S. Bank Privacy Notice at **usbank.com/privacy**. Details to note:
- **We share your personal information for joint marketing purposes:** You can limit this sharing
- **We share your personal information with nonaffiliates to market to you:** You can limit this sharing
- You can **Exercise your privacy choice:**
  - By calling 800-370-8580 - our menu will prompt you through the process or
  - By visiting us online: **http://www.usbank.com/privacy** and selecting "Exercise Your Privacy Choice"

The information in this message is a summary of the changes and is not a replacement for the actual Privacy Notice found at **usbank.com/privacy**.

Effective February 16, 2026, important changes will be reflected in the *Consumer Pricing Information* document. These updates may affect your rights. You can view this document anytime on our website at **usbank.com/cpi**.

- Our affiliate, U.S. Bancorp Investments[1] (USBI) is transferring its retail business and personnel into our other affiliate, U.S. Bancorp Advisors[2] (USBA).
- The U.S. Bank Smart Rewards® benefit of 100 Free Trades per calendar year with a self-directed brokerage account, exclusively through our affiliate, U.S. Bancorp Investments[1], will no longer be offered.
- Adding clarification to the U.S. Bank Smart Rewards IRA Annual Fee Waiver benefit. The annual fee waiver applies only to U.S. Bank IRAs and does not include Personal Trust IRAs.
- Upcoming changes to our fees under the Foreign Checks/Currency Fees.
  o   For Foreign Check Collection (incoming/outgoing), the following fees are increasing:
    - Courier Fee (per check) - $55.00 (increased from $45.00)
    - Initiation Fee (per check) - $55.00 (increased from $40.00)
    - Tracer Fee - $50.00 (increased from $25.00)
    - Returned Check Fee - $35.00 (increased from $25.00)
    - Checks on Canadian Banks (non-collection) - $6.00 (increased from $0.50)
    - Checks on Select Countries/Banks (non-collection) - $12.00 (increased from $1.00)

Beginning January 12, 2026, you will have the opportunity to review the full revised document. You can access it online at **usbank.com/CPI-upcoming-version**, by calling 24-Hour Banking at 800-USBANKS (872-2657), or by visiting your local U.S. Bank branch. We accept relay calls. Additionally, you can schedule an appointment at **usbank.com/book** to speak with a banker in person, by phone, or virtually.

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.



ESTATE OF MICHAEL A BUTLER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #2-25-BK-00258 MCW
4939 W RAY RD STE 4 PMB 510
CHANDLER AZ 85226-2099

**Uni-Statement**
Account Number:
0506
Statement Period:
Dec 1, 2025
through
Dec 31, 2025

Page 2 of 5

## INFORMATION YOU SHOULD KNOW (CONTINUED)

| **Investment and Insurance products and services including annuities are:** |
| --- |
| **NOT A DEPOSIT • NOT FDIC INSURED • MAY LOSE VALUE • NOT BANK GUARANTEED • NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY** |

[1] **For U.S. Bancorp Investments:** Investment and insurance products and services including annuities are available through U.S. Bancorp Investments, the marketing name for U.S. Bancorp Investments, Inc., member FINRA and SIPC, an investment adviser and a brokerage subsidiary of U.S. Bancorp and affiliate of U.S. Bank. Insurance products are available through various affiliated non-bank insurance agencies, which are U.S. Bancorp subsidiaries. Products may not be available in all states. CA Insurance License #0E24641. U.S. Bank Smart Rewards qualifying balance information includes affiliated U.S. Bancorp Investments (USBI) components, which is being translated for your convenience. USBI offers its products primarily in English and may not be able to offer certain products in a particular foreign language.

[2] **For U.S. Bancorp Advisors:** Brokerage and investment advisory products and services are offered by U.S. Bancorp Advisors, LLC, an SEC-registered broker-dealer, investment adviser, member FINRA/SIPC, and subsidiary of U.S. Bancorp and affiliate of U.S. Bank National Association. Insurance products are offered by USBA Insurance Services, a dba of U.S. Bancorp Advisors, having a California domicile and principal place of business at 800 N. Brand Blvd., 16th Floor, Glendale, CA 91203. CA Insurance License #6011694. Products may not be available in all states. U.S. Bank Smart Rewards qualifying balance information includes affiliated U.S. Bancorp Advisors (USBA) components, which is being translated for your convenience. USBA offers its products only in English and may not be able to offer certain products in a particular foreign language.

## U.S. BANK SMARTLY CHECKING
U.S. Bank National Association

**Member FDIC**
Account Number 0506

### Account Summary

| | | |
|---|---|---|
| Beginning Balance on Dec 1 | $ | 3,818.56 |
| Deposits / Credits | | 28,098.39 |
| Card Withdrawals | | 4,751.78- |
| Other Withdrawals | | 17,970.00- |
| **Ending Balance on Dec 31, 2025** | **$** | **9,195.17** |

Number of Days in Statement Period   31

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Dec 1 | ATM Deposit | US BANK FRY'S Goodyear AZ<br>Serial No. 002620224456SUS4X144 | | $ 15,000.00 |
| Dec 5 | Debit Purchase Ret - VISA<br>J ALLEN TOYOTA | On 120325 GULFPORT MS<br>REF # 24492165338100066880 US1 | 8100066880 | 20.39 |
| Dec 10 | Deposit | | 8652218050 | 1,078.00 |
| Dec 23 | Deposit | | 8352282991 | 8,400.00 |
| Dec 30 | Deposit | | 8352331900 | 3,600.00 |
| | | **Total Deposits / Credits** | **$** | **28,098.39** |

### Card Withdrawals
Card Number: xxxx-xxxx-xxxx-6592

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Dec 1 | Debit Purchase - VISA<br>QT 459 | On 112725 MESA AZ<br>REF # 24692165332100842172042 | 2100842172 | $ 9.98- |
| Dec 1 | Recurring Debit Purchase<br>ABC*8675-EOS FIT | On 112925 888-8279262 AZ<br>REF # 24906415333244415025 US1 | 3244415025 | 27.48- |
| Dec 1 | Debit Purchase - VISA<br>WAFFLE HOUSE 048 | On 112825 Goodyear AZ<br>REF # 24793385333001455601049 | 3001455601 | 35.00- |
| Dec 1 | Debit Purchase - VISA<br>TST*PROTEINHOUSE | On 112925 Gilbert AZ<br>REF # 24692165334102833679900 | 4102833679 | 41.99- |
| Dec 1 | Debit Purchase - VISA<br>QT 459 | On 112925 MESA AZ<br>REF # 24692165334102952375199 | 4102952375 | 52.99- |
| Dec 1 | Debit Purchase<br>414030 | FRYS-FOOD-DRG #0 GOODYEAR AZ<br>On 113025 ILK1TERM REF 533505414030 | 3011302357 | 63.94- |
| Dec 2 | Debit Purchase - VISA<br>QT 459 | On 113025 MESA AZ<br>REF # 24692165335104023473432 | 5104023473 | 18.56- |
| Dec 2 | Debit Purchase<br>354260 | CIRCLE K 09191 MESA AZ<br>On 120125 ILK1LNK REF 593519354260 | 6012011814 | 25.01- |



ESTATE OF MICHAEL A BUTLER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #2-25-BK-00258 MCW
4939 W RAY RD STE 4 PMB 510
CHANDLER AZ  85226-2099

**Uni-Statement**
Account Number:
▓▓▓▓-0506
Statement Period:
Dec 1, 2025
through
Dec 31, 2025

## U.S. BANK SMARTLY CHECKING                             (CONTINUED)
U.S. Bank National Association                    Account Number ▓▓▓▓-0506

### Card Withdrawals (continued)
Card Number: xxxx-xxxx-xxxx-6592

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Dec 2 | Debit Purchase - VISA SURFACE LOT PARK | On 113025 PHOENIX AZ REF # 24789305335849701056620 | 5849701056 | 40.00- |
| Dec 2 | Debit Purchase - VISA KODO SUSHI SAKE | On 113025 CHANDLER AZ REF # 24275395335900013300073 | 5900013300 | 52.00- |
| Dec 2 | Debit Purchase - VISA CHEVRON 0308790 | On 113025 BUCKEYE AZ REF # 24692165335103839228576 | 5103839228 | 53.08- |
| Dec 2 | Debit Purchase - VISA WALGREENS #5701 | On 120125 MESA AZ REF # 24445005336000985738019 | 6000985738 | 60.70- |
| Dec 2 | Debit Purchase - VISA PASSAGEBYHUDSONS | On 120225 PHOENIX AZ REF # 24431065336336120462648 | 6336120462 | 77.79- |
| Dec 2 | Debit Purchase - VISA TPORT 8778412481 | On 120125 877-8412481 FL REF # 24492515335900018604594 | 5900018604 | 201.62- |
| Dec 2 | Debit Purchase - VISA SSP*Swimhaus Swi | On 120125 480-3722323 AZ REF # 24906415335244688329288 | 5244688329 | 257.40- |
| Dec 2 | Debit Purchase 702229 | WAL-MART #3833 MESA        AZ On 120125 MAESTERM REF 702229 | | 264.49- |
| Dec 2 | Debit Purchase - VISA DELTA AIR  0062 | On 120125 800-2211212 CA REF # 24717055336873362209101 | 6873362209 | 916.36- |
| Dec 3 | Debit Purchase - VISA QT 459 | On 120125 MESA AZ REF # 24692165336105058234606 | 6105058234 | 8.66- |
| Dec 3 | Debit Purchase Uber Technologie | On 120325 Wilmington DE REF # 736354     12030632 56 | | 18.93- |
| Dec 3 | Debit Purchase - VISA J ALLEN TOYOTA | On 120225 WWW.JALLENTO MS REF # 24492165337100004695571 | 7100004695 | 315.00- |
| Dec 4 | Debit Purchase - VISA TST*COFFEE BEANE | On 120225 Atlanta GA REF # 24692165337105904639155 | 7105904639 | 6.52- |
| Dec 4 | Debit Purchase - VISA ATL CNBC NEWS Sh | On 120325 Atlanta GA REF # 24793385337002093305080 | 7002093305 | 8.71- |
| Dec 4 | Debit Purchase - VISA PASCHALS | On 120325 COLLEGE PARK GA REF # 24055225338570287460168 | 8570287460 | 14.34- |
| Dec 4 | Debit Purchase 494759 | WALGREENS STORE  MESA        AZ On 120325 ILNKILNK REF 533723494759 | 5912031755 | 55.74- |
| Dec 4 | Debit Purchase 406727 | WALGREENS STORE  PHOENIX    AZ On 120425 ILNKILNK REF 533808406727 | 2712040254 | 110.38- |
| Dec 4 | Debit Purchase - VISA HILTON GARDEN IN | On 120325 BILOXI MS REF # 24755425338733382290208 | 8733382290 | 144.76- |
| Dec 5 | Debit Purchase 351705 | CIRCLE K 01968 PHOENIX     AZ On 120525 ILNKILNK REF 533915351705 | 0512051432 | 7.19- |
| Dec 5 | Debit Purchase - VISA SHAKE SHACK T3 P | On 120325 PHOENIX AZ REF # 24431065338337373609974 | 8337373609 | 19.37- |
| Dec 8 | Debit Purchase - VISA QT 1405 INSIDE | On 120625 GILBERT AZ REF # 24692165341100376109898 | 1100376109 | 2.05- |
| Dec 8 | Debit Purchase - VISA SQ *A MIDAS TOUC | On 120625 Scottsdale AZ REF # 24692165340109519482873 | 0109519482 | 7.56- |
| Dec 10 | Debit Purchase 275792 | WAL-MART #3833 MESA        AZ On 121025 MAESTERM REF 275792 | | 17.81- |
| Dec 12 | Debit Purchase - VISA QT 459 | On 121025 MESA AZ REF # 24692165345104356685444 | 5104356685 | 19.16- |
| Dec 15 | Debit Purchase 281600 | WALGREENS STORE  MESA        AZ On 121425 ILK1TERM REF 534818281600 | 0012141234 | 7.35- |
| Dec 15 | Debit Purchase - VISA SQ *DOLCE ITALIA | On 121225 Phoenix AZ REF # 24692165347106063817143 | 7106063817 | 25.12- |
| Dec 15 | Debit Purchase 607482 | CVS/PHARMACY #09 Phoenix   AZ On 121225 ILK1TERM REF 534703607482 | 8212122112 | 48.08- |
| Dec 16 | Debit Purchase - VISA QT 449 | On 121425 PHOENIX AZ REF # 24692165349108524003670 | 9108524003 | 10.44- |



ESTATE OF MICHAEL A BUTLER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #2-25-BK-00258 MCW
4939 W RAY RD STE 4 PMB 510
CHANDLER AZ 85226-2099

**Uni-Statement**
Account Number:
9 0506
Statement Period:
Dec 1, 2025
through
Dec 31, 2025

Page 4 of 5

# U.S. BANK SMARTLY CHECKING (CONTINUED)
U.S. Bank National Association  Account Number 0506

**Card Withdrawals (continued)**
Card Number: xxxx-xxxx-xxxx-6592

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Dec 16 | Debit Purchase - VISA EMERGENCY AIR HE | On 121525 602-4000000 AZ REF # 24275395349900011751248 | 9900011751 | 19.95- |
| Dec 16 | Debit Purchase 559468 | DOLLAR TREE 805 GOODYEAR AZ On 121525 ILNKILNK REF 534923559468 | 6812151700 | 42.36- |
| Dec 17 | Debit Purchase - VISA ROSS STORES #123 | On 121525 GOODYEAR AZ REF # 24610435350004032448613 | 0004032448 | 25.73- |
| Dec 19 | Debit Purchase - VISA GUS S NEW YORK P | On 121725 GOODYEAR AZ REF # 24801975352585911147476 | 2585911147 | 2.00- |
| Dec 19 | Debit Purchase - VISA WHATABURGER 535 | On 121725 PHOENIX AZ REF # 24692165352101489862833 | 2101489862 | 35.71- |
| Dec 22 | Debit Purchase - VISA LA TAZA | On 122125 GILBERT AZ REF # 24765015356590134555229 | 6590134555 | 7.93- |
| Dec 22 | Recurring Debit Purchase ABC*6615-EOS FIT | On 121925 480-6602480 AZ REF # 24906415353246039863 US1 | 3246039863 | 10.00- |
| Dec 22 | Debit Purchase - VISA WHATABURGER 535 | On 121825 PHOENIX AZ REF # 24692165353102534283495 | 3102534283 | 17.21- |
| Dec 24 | Debit Purchase 088349 | WALGREENS STORE CHANDLER AZ On 122325 ILNKILNK REF 535723088349 | 4912231705 | 102.41- |
| Dec 26 | Recurring Debit Purchase AMICA MUTUAL INS | On 122325 WWW.AMICA.CO RI REF # 24116415359593422042 US1 | 9593422042 | 245.65- |
| Dec 26 | Debit Purchase - VISA ARIZONA PUBLIC S | On 122425 800-253-9405 AZ REF # 24036295359716345610291 | 9716345610 | 625.97- |
| Dec 29 | Debit Purchase - VISA JIMMY JOHNS - 40 | On 122625 TEMPE AZ REF # 24269795361001107087167 | 1001107087 | 7.45- |
| Dec 29 | Debit Purchase Uber Technologie | On 122825 Wilmington DE REF # 432316   12281941 47 | | 10.00- |
| Dec 29 | Debit Purchase - VISA WAFFLE HOUSE 048 | On 122725 Goodyear AZ REF # 24793385361001807785073 | 1001807785 | 25.88- |
| Dec 29 | Debit Purchase UBER * EATS PEND | On 122825 San Francisc CA REF # 349558   12281741 06 | | 101.31- |
| Dec 30 | Recurring Debit Purchase ABC*8675-EOS FIT | On 122925 888-8279262 AZ REF # 24906415363246775502 US1 | 3246775502 | 27.48- |
| Dec 30 | Debit Purchase 204840 | DOLLARTREE 20595 MARICOPA AZ On 122925 ILNKILNK REF 536322204840 | 4012291630 | 83.69- |
| Dec 31 | Debit Purchase - VISA CHEVRON 0388242 | On 123025 TEMPE AZ REF # 24692165364100284853902 | 4100284853 | 5.28- |
| Dec 31 | Debit Purchase - VISA BURGER KING #248 | On 122925 MARICOPA AZ REF # 24941445364077411015156 | 4077411015 | 15.26- |
| Dec 31 | Debit Purchase - VISA TMOBILE*POSTPAID | On 123025 800-937-8997 WA REF # 24692165365100444250253 | 5100444250 | 294.95- |
| | | Card 6592 Withdrawals Subtotal | $ | 4,751.78- |
| | | Total Card Withdrawals | $ | 4,751.78- |

**Other Withdrawals**

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Dec 2 | Deposited Item Returned | | 1000101137 | $ 15,000.00- |
| Dec 10 | Zelle Instant On 12/10/25 | PMT To Tax And Business Solutions PMT ID=USBxBcVotxiM | | 1,000.00- |
| Dec 11 | Zelle Instant On 12/11/25 | PMT To Ben Haircut PMT ID=USBf9VGotOr9 | | 90.00- |
| Dec 24 | Zelle Instant On 12/23/25 | PMT To Irina Butler PMT ID=USBnwwUoxf59 | | 800.00- |
| Dec 24 | Zelle Instant | PMT To Tax And Business Solutions | | 1,000.00- |



ESTATE OF MICHAEL A BUTLER
DEBTOR IN POSSESSION
BANKRUPTCY CASE #2-25-BK-00258 MCW
4939 W RAY RD STE 4 PMB 510
CHANDLER AZ 85226-2099

**Uni-Statement**
Account Number:
▓▓▓▓0506
Statement Period:
Dec 1, 2025
through
Dec 31, 2025

Page 5 of 5

## U.S. BANK SMARTLY CHECKING **(CONTINUED)**
U.S. Bank National Association  Account Number ▓▓▓▓-0506

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Dec 26 | Zelle Instant | PMT To Ben Haircut | | 80.00- |
| | On 12/26/25 | PMT ID=USBbSSCoy3Zt | | |
| | | **Total Other Withdrawals** | **$** | **17,970.00-** |

| | Total for Statement Period | Total Year to Date |
|---|---|---|
| Total Returned Item Fees | $ 0.00 | $ 0.00 |
| Total Overdraft Fees | $ 0.00 | $ 288.00 |
| Less: Waives | $ 0.00 | $ 180.00- |
| TOTAL | $ 0.00 | $ 108.00 |

*A "waive" occurs when an assessed fee is credited back automatically.*

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Dec 1 | 18,587.18 | Dec 11 | 891.54 | Dec 23 | 9,020.50 |
| Dec 2 | 1,620.17 | Dec 12 | 872.38 | Dec 24 | 7,118.09 |
| Dec 3 | 1,277.58 | Dec 15 | 791.83 | Dec 26 | 6,166.47 |
| Dec 4 | 937.13 | Dec 16 | 719.08 | Dec 29 | 6,021.83 |
| Dec 5 | 930.96 | Dec 17 | 693.35 | Dec 30 | 9,510.66 |
| Dec 8 | 921.35 | Dec 19 | 655.64 | Dec 31 | 9,195.17 |
| Dec 10 | 981.54 | Dec 22 | 620.50 | | |

Balances only appear for days reflecting change.